**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA

v.                                                    No. 2:25-cr-1975-MIS

ULICES ABEL BLANCO-DAVILA,

      Defendant.

**ORDER DISMISSING COUNTS 2 AND 3 OF THE
INFORMATION WITHOUT PREJUDICE**

THIS MATTER is before the Court on the Parties' responses to the Court's Order to Show

Cause, ECF No. 12. In its response the Government stated that "Defendant has been deported from

the United States[,]" and that "[n]o steps have been taken to ensure that Defendant may reenter the

country to stand trial." ECF No. 14 at 1. Accordingly, the Government moved the Court to dismiss

the remaining counts of the Information (Counts 2 and 3) without prejudice in the interests of

justice. *Id.* at 3-4. In reply, counsel for Defendant indicated that the Government's motion was

unopposed. ECF No. 13.[1]

The Court, being full advised in the premises, hereby **GRANTS** the Government's motion.

Counts 2 and 3 of the Information are **DISMISSED WITHOUT PREJUDICE** in the interests of

justice.[2]

---

[1] The reply states that "*undersigned counsel* is unopposed" to the Government's motion. ECF No. 13 at 1
(emphasis added). The Court assumes that it is phrased this way because counsel has been unable to contact Defendant
since Defendant was deported.

[2] The Court has serious concerns about the treatment of constitutional and statutory rights in these cases. The
Court is satisfied that dismissal without prejudice is warranted in this particular case, but the facts may merit dismissal
*with* prejudice in other cases that continue this pattern of charging and removing cases.

The Clerk shall provide two certified copies of this Order to the United States Marshal as authority to proceed hereunder.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE